# Bibb County School Board Districts

Client: Bibb
Plan: bibbsb03
Type: Local



Legislative & Congressional
Reapportionment Office
Georgia General Assembly

**EXHIBIT**

**A**

Plan Name: **bibbsb03-2010data**    Plan Type : **Local**    User: **Gina**    Administrator: **Bibb SB**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | 23,686 | -2,238 | -8.63% | 17,120 | 72.28% | 193 | 17,313 | 73.09% | 506 | 2.14% |
| | VAP | 17,353 | | | 12,024 | 69.29% | 85 | 12,109 | 69.78% | 307 | 1.77% |
| 002 | | 22,387 | -3,537 | -13.64% | 14,617 | 65.29% | 212 | 14,829 | 66.24% | 639 | 2.85% |
| | VAP | 17,397 | | | 10,455 | 60.10% | 123 | 10,578 | 60.80% | 495 | 2.85% |
| 003 | | 27,523 | 1,599 | 6.17% | 13,942 | 50.66% | 219 | 14,161 | 51.45% | 1,284 | 4.67% |
| | VAP | 19,359 | | | 8,872 | 45.83% | 79 | 8,951 | 46.24% | 779 | 4.02% |
| 004 | | 29,461 | 3,537 | 13.64% | 10,612 | 36.02% | 252 | 10,864 | 36.88% | 828 | 2.81% |
| | VAP | 22,263 | | | 7,487 | 33.63% | 93 | 7,580 | 34.05% | 507 | 2.28% |
| 005 | | 25,091 | -833 | -3.21% | 19,171 | 76.41% | 292 | 19,463 | 77.57% | 470 | 1.87% |
| | VAP | 18,007 | | | 13,299 | 73.85% | 132 | 13,431 | 74.59% | 307 | 1.70% |
| 006 | | 27,399 | 1,475 | 5.69% | 5,654 | 20.64% | 187 | 5,841 | 21.32% | 662 | 2.42% |
| | VAP | 21,049 | | | 3,811 | 18.11% | 67 | 3,878 | 18.42% | 454 | 2.16% |

Total Population:    155,547

Ideal Value:    25,924

**Summary Statistics**

Population Range:    22,387    to    29,461

Absolute Overall Range:    7,074

Relative Range:    -13.64%    to    13.64%

Relative Overall Range:    27.29%