Bibb County Board of Education

## Reapportionment Formula

| | |
|---|---|
| 2010 Total Population | 155,547 |
| Total Districts | 6 |
| Seats per District | 1 |
| At-Large Seats | 2 |
| Number of Total Seats | 8 |
| Target Population Per District | 25,925 |

*calculation method taken from Board of Estimate of New York City v. Morris, 489 U.S. 688 (1989).

| District | 2010 Population per District | Deviation Number | Deviation Percentage |
|---|---|---|---|
| 1 | 23,686 | -2,239 | -6.62% |
| 2 | 22,387 | -3,538 | -10.60% |
| 3 | 27,523 | 1,599 | 4.55% |
| 4 | 29,465 | 3,541 | 9.90% |
| 5 | 25,208 | -717 | -2.09% |
| 6 | 27,278 | 1,354 | 3.87% |
| | | Absolute Range | 20.50% |



Middle Georgia Regional Commission

2011 Redistricting Model - 2010 BIBBSB03 Formula

EXHIBIT A-1