12                                                                              HB 963/AP

House Bill 963 (AS PASSED HOUSE AND SENATE)

By: Representatives Randall of the 138th, Beverly of the 139th, Peake of the 137th, Epps of the 140th, and Holmes of the 125th

A BILL TO BE ENTITLED
AN ACT

1    To amend an Act establishing the Board of Public Education for Bibb County, approved
2    August 23, 1872 (Ga. L. 1872, p. 388), as amended, so as to change the description of the
3    education districts; to provide for definitions and inclusions; to provide for continuation in
4    office of current members; to provide for submission of this Act for preclearance under the
5    federal Voting Rights Act of 1965, as amended; to repeal conflicting laws; and for other
6    purposes.

7                BE IT ENACTED BY THE GENERAL ASSEMBLY OF GEORGIA:

8                                        SECTION 1.
9    An Act establishing the Board of Public Education for Bibb County, approved August 23,
10   1872 (Ga. L. 1872, p. 388), as amended, is amended by revising Section 2E as follows:

11                                       "SECTION 2E.
12   (a)  For purposes of electing members of the board of public education, other than the
13   at-large members, the Bibb County School District is divided into six education districts
14   which shall correspond to Posts 1 through 6.  The six education districts shall be and
15   correspond to those six numbered districts described in and attached to and made a part of
16   this Act and further identified as 'Plan: bibbsbR-2012-s018   Plan Type: Local
17   Administrator: s018 User: Gina'.
18   (b)(1) For the purposes of such plan:
19      (A)  The term 'VTD' shall mean and describe the same geographical boundaries as
20      provided in the report of the Bureau of the Census for the United States decennial
21      census of 2010 for the State of Georgia. The separate numeric designations in a district
22      description which are underneath a VTD heading shall mean and describe individual
23      Blocks within a VTD as provided in the report of the Bureau of the Census for the
24      United States decennial census of 2010 for the State of Georgia; and

Exhibit B

EXHIBIT B

25   (B) Except as otherwise provided in the description of any district, whenever the
26       description of any district refers to a named city, it shall mean the geographical
27       boundaries of that city as shown on the census maps for the United States decennial
28       census of 2010 for the State of Georgia.
29   (2) Any part of the Bibb County School District which is not included in any district
30       described in subsection (a) of this section shall be included within that district contiguous
31       to such part which contains the least population according to the United States decennial
32       census of 2010 for the State of Georgia.
33   (3) Any part of the Bibb County School District which is described in subsection (a) of
34       this section as being included in a particular district shall nevertheless not be included
35       within such district if such part is not contiguous to such district. Such noncontiguous
36       part shall instead be included within that district contiguous to such part which contains
37       the least population according to the United States decennial census of 2010 for the State
38       of Georgia."

### SECTION 2.

40  The Board of Education of Bibb County which existed on December 31, 2012, is continued
41  in existence but on and after January 1, 2013, shall be constituted as provided in this Act.
42  The Board of Education of Bibb County so continued and constituted, sometimes referred
43  to in this Act as the 'board,' shall continue to have the powers, duties, rights, obligations, and
44  liabilities of that board as existed immediately prior to January 1, 2013.

### SECTION 3.

46  The Board of Education of Bibb County shall through its legal counsel submit this Act for
47  preclearance pursuant to Section 5 of the federal Voting Rights Act of 1965, as amended,
48  within 30 days after the date on which this Act is approved by the Governor or otherwise
49  becomes law without such approval.

### SECTION 4.

51  The provisions of this Act relating to and necessary for the regular election in 2012 of
52  members of the Board of Bibb County shall become effective upon its approval by the
53  Governor or upon its becoming effective without such approval; and this Act shall otherwise
54  become effective January 1, 2013.

### SECTION 5.

56  All laws and parts of laws in conflict with this Act are repealed.

Plan: bibbsbR-2012-s018
Plan Type: Local
Administrator: s018
User: Gina

District 001
Bibb County
VTD: 021EM1 - EAST MACON 1
VTD: 021EM2 - EAST MACON 2
VTD: 021EM3 - EAST MACON 3
VTD: 021EM4 - EAST MACON 4
VTD: 021EM5 - EAST MACON 5
VTD: 021EM6 - EAST MACON 6
VTD: 021HO5 - HOWARD 5
VTD: 021VV8 - VINEVILLE 8

District 002
Bibb County
VTD: 021GF1 - GODFREY 1
VTD: 021GF2 - GODFREY 2
VTD: 021GF3 - GODFREY 3
010400:
 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023
 2024 2025 2026 2027 2028 2029 2030 2031 2032 2033 3000 3001
 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011 3012 3013
 3014 3015 3016 3017 3018 4028 4029 4034 4035
012500:
 3018 3019
012600:
 2006 2017 2018 2019
VTD: 021GF4 - GODFREY 4
012700:
 2006 2007 2010 2013 2014 2015 2016 2017 2018 2019 2020 2021
 2022
012800:
 1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1011 1012
 1013 1014 1015 1016 1017 1018 1020
VTD: 021GF6 - GODFREY 6
VTD: 021VV1 - VINEVILLE 1
VTD: 021VV2 - VINEVILLE 2

District 003
Bibb County
VTD: 021GF4 - GODFREY 4
012800:
 1010 1019
012900:
 1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
 1012 1013 1014 1015 1016 1017 1018 1019 1020 1021 1022 1023
 1024 1025 2005 2006 2007 2008 2012 2013 2014 2015 2016 2017
 2018 2019 2020 2021 2022 2023 2024 2025 2026 2027 2028 2029
 2030 2031 2032
013900:
 1152 1153 1154 1170 1171 1179 1180 1181 1182 1183 1184 1185
 1186 1187 1188 1191 1226
VTD: 021GF5 - GODFREY 5
VTD: 021GF7 - GODFREY 7
VTD: 021RU1 - RUTLAND 1
VTD: 021RU2 - RUTLAND 2
VTD: 021WA2 - WARRIOR 2
013101:
 1073 1074 1075
013603:
 1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
 1012 1013 1014 1015 1016 1017 1018 1019 1020 1021 1022 1023
 1024 1025 1026 1027 1028 1029 1030 1031 1032 1033 1034 1035
 1036 1037 1038 2046
013604:
 1010 1011 1012 1013 1014 1016 1017

District 004
Bibb County
VTD: 021HA2 - HAZZARD 2
VTD: 021HA3 - HAZZARD 3
013101:
 1069 1070
013201:
 2052 4003 4004 4005 4006 4007 4008 4009 4010 4011 4012 4013
 4014 4015 4023 4024 4025 4032 4041 4042 4043
013603:
 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023
 2024 2025 2026 2027 2028 2029 2030 2031 2032 2033 2036 2037
 2038 2039 2040 2041 2042 2043 2044 2045

013604:
 2000 2001 2019 2020 2028 2029 2030 3000 3001 3002 3005
013606:
 1010 1011 4009 4010 4011 4012 4013 4014 4015 4016 4017 4019
VTD: 021HA4 - HAZZARD 4
VTD: 021HA6 - HAZZARD 6
VTD: 021HA7 - HAZZARD 7
VTD: 021HO2 - HOWARD 2
013410:
 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018
 2019 2020 2021 2026 2028 3005 3006 3007 3008 3009 3010 3011
 3014 3015 3016 3017 3018 3019 3020 3021 3022 3023 3024 3025
 3026 3031
VTD: 021WA1 - WARRIOR 1
VTD: 021WA2 - WARRIOR 2
013604:
 1015 1020 3003 3004 3006 3007 3008 3009 3010 3011 3012 3013
 3014 3015 3016 3017 3018

District 005
Bibb County
VTD: 021GF3 - GODFREY 3
010400:
 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
 4000 4001 4002 4003 4004 4005 4006 4007 4008 4009 4010 4011
 4012 4013 4014 4015 4016 4017 4018 4019 4020 4021 4022 4023
 4024 4025 4026 4027 4030 4031 4032 4033 4036 4037 4038 4039
 4040 4041 4042 4043
012500:
 3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
 3012 3013 3014 3015 3016 3017 3024 3025 3028 3029 3030 3031
 3032 3033
VTD: 021HA1 - HAZZARD 1
VTD: 021HA5 - HAZZARD 5
VTD: 021HO4 - HOWARD 4
VTD: 021VV3 - VINEVILLE 3
VTD: 021VV4 - VINEVILLE 4
VTD: 021VV5 - VINEVILLE 5
012200:
 2031 2032 2033 2034 2035 2036 2037 2038 2039 2040 2041 2042
 2043 2044 2045 2046 2047 2048 2049 2050 2051 2052 2053 2055
 2056
012400:
 1000 1001 1002 1003 1004 1005 1006 1007 1008 1016 1017 1018
 1019 1020 1021 1022 1023 1028
VTD: 021VV6 - VINEVILLE 6
VTD: 021VV7 - VINEVILLE 7

District 006
Bibb County
VTD: 021HA3 - HAZZARD 3
013201:
 2000 2001 2002 2003 2005 2006 2007 2008 2009 2010 2011 2020
 2021 2022 2023 2024 2025 2026 2027 2028 2029 2030 2031 2032
 2034 2053 2054 2055
013410:
 2022 2027
013605:
 1005 1006 1007 1008 1010 1011
013606:
 4000 4001 4002 4003 4004 4005 4006 4007 4008
VTD: 021HO1 - HOWARD 1
VTD: 021HO2 - HOWARD 2
012101:
 1002 1003 1005 1006 1007 1009 1010 1019 1025 1033 1034 1035
 1036 1037 1038 1047 1048 1049 1050
012200:
 2011 2057
013201:
 2014 2015 2016
013410:
 1008 1009 1010 1011 1014 1015 1016 1017 1020 1022 1023 1024
 1025 1026 1027 1030 1031 1032 1035 1036 1039 2000 2001 2002
 2003 2004 2005 2023 2024 2025 2035 2036 2037 2038 2039 2040
 2041 2042 2043 2044 2046 2056 2057 2058 2059 2060 2061 2062
 2063 3012
VTD: 021HO3 - HOWARD 3
VTD: 021HO6 - HOWARD 6
VTD: 021HO7 - HOWARD 7
VTD: 021HO8 - HOWARD 8
VTD: 021HO9 - HOWARD 9
VTD: 021VV5 - VINEVILLE 5
012200:
 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2012
 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023 2024

Page 2

2025 2026 2027 2028 2029 2030 2054
012400:
1009 1010 1011 1012 1013 1014 1015 1025 1026 1027 1029