

Plan Name: **bibbsbR-2012-s018**   Plan Type : **Local**   User: **Gina**   Administrator: **Bibb Co**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | 25,853 | -71 | -0.27% | 18,061 | 69.86% | 221 | 18,282 | 70.72% | 573 | 2.22% |
| | VAP | 19,011 | | | 12,676 | 66.68% | 92 | 12,768 | 67.16% | 351 | 1.85% |
| 002 | | 26,072 | 148 | 0.57% | 18,472 | 70.85% | 280 | 18,752 | 71.92% | 690 | 2.65% |
| | VAP | 19,743 | | | 12,976 | 65.72% | 154 | 13,130 | 66.50% | 531 | 2.69% |
| 003 | | 25,727 | -197 | -0.76% | 10,584 | 41.14% | 138 | 10,722 | 41.68% | 1,148 | 4.46% |
| | VAP | 18,752 | | | 6,990 | 37.28% | 54 | 7,044 | 37.56% | 702 | 3.74% |
| 004 | | 25,698 | -226 | -0.87% | 8,709 | 33.89% | 234 | 8,943 | 34.80% | 793 | 3.09% |
| | VAP | 19,332 | | | 6,115 | 31.63% | 86 | 6,201 | 32.08% | 478 | 2.47% |
| 005 | | 26,132 | 208 | 0.80% | 18,236 | 69.78% | 260 | 18,496 | 70.78% | 551 | 2.11% |
| | VAP | 18,866 | | | 12,541 | 66.47% | 108 | 12,649 | 67.05% | 342 | 1.81% |
| 006 | | 26,065 | 141 | 0.54% | 7,054 | 27.06% | 222 | 7,276 | 27.91% | 634 | 2.43% |
| | VAP | 19,724 | | | 4,650 | 23.58% | 85 | 4,735 | 24.01% | 445 | 2.26% |

Total Population:   155,547
Ideal Value:   25,924

**Summary Statistics**

Population Range:   25,698   to   26,132
Absolute Overall Range:   434
Relative Range:   -0.87%   to   0.80%
Relative Overall Range:   1.67%

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                    1