

U.S. Department of Justice

Civil Rights Division

TCH:RSB:JBG:ZB:par
DJ 166-012-3
2012-2443

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

June 12, 2012

Michael C. Pruett, Esq.
Hall Booth Smith & Slover
440 College Avenue North, Suite 120
Athens, Georgia 30601-2773

Dear Mr. Pruett:

This refers to the 2012 redistricting plan for the Bibb County School District in Bibb County, Georgia, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c. We received your submission on April 18, 2012; additional information was received through May 11, 2012.

The Attorney General does not interpose any objection to the specified change. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the change. Procedures for the Administration of Section 5 of the Voting Rights Act of 1965, 28 C.F.R. 51.41.

Sincerely,

T. Christian Herren, Jr.
Chief, Voting Section

**EXHIBIT D**