UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER MILLER, GARY BECHTEL, AND BRENDA SUTTON,<br><br>        Plaintiffs,<br><br>v.<br><br>THE BIBB COUNTY SCHOOL DISTRICT; MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; and ELAINE CARR, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration,<br><br>        Defendants. | Civil Action No.:<br>5:12-cv-239-HL |

**DEFENDANT BIBB COUNTY SCHOOL DISTRICT'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE,
MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Bibb County School District, Defendant in the above-styled action and, pursuant to Fed. R. Civ. P. 41 or P. 56, files this its Motion to Dismiss or, in the Alternative, Motion for Summary Judgment as to all claims.

In support of its Motion, Defendant submits the following documents:

(1)     Defendant's Statement of Material Facts Not in Dispute (Exhibit 1); and

(2)     Brief In Support of Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Exhibit 2).

For the reasons set forth in the Brief in Support of Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, Defendant is entitled to judgment as a matter of law.

WHEREFORE, Defendant prays its Motion to Dismiss or, in the Alternative, Motion for Summary Judgment be inquired into and granted.

**HALL BOOTH SMITH & SLOVER, P.C.**

*/s/ Patrick N. Millsap*
Patrick N. Millsap
Georgia Bar No. 509888

CAMILLA
P.O. Box 856
Two West Broad Street
Camilla, Georgia 31730
pmillsap@hbss.net

*/s/ Kenneth D. Jones*
Kenneth D. Jones
Georgia Bar No. 402101

ATLANTA
191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
kjones@hbss.net

*/s/ Andrea L. Jolliffe*
Andrea L. Jolliffe
Georgia Bar No. 176556
*Attorneys for Defendants*

ATHENS
440 College Avenue, North
Suite 120
Athens, Georgia 30601
ajolliffe@hbss.net

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER MILLER, GARY BECHTEL, AND BRENDA SUTTON,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE BIBB COUNTY SCHOOL DISTRICT; MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; and ELAINE CARR, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration,<br><br>　　　　　Defendants. | Civil Action No.:<br>3:12-cv-329-HL |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2012, I electronically filed the foregoing **Defendant Bibb County School District's Motion To Dismiss or, in the Alternative, Motion for Summary Judgment** with the Clerk of the Court using the CM\ECF system which will send e-mail notification of such filing to the following:

A. Lee Parks & David F. Walbert　　　　　Charles E. Cox, Jr.
PARKS, CHESIN & WALBERT, P.C.　　　3464 Vineville Avenue
75 Fourteenth Street, 26th Floor　　　　　　Macon, GA 31202
Atlanta, GA 30309

　　　　　　　　　　　　　　　　　　　　**HALL BOOTH SMITH & SLOVER, P.C.**

　　　　　　　　　　　　　　　　　　　　*/s/ Patrick N. Millsap*
　　　　　　　　　　　　　　　　　　　　Patrick N. Millsap
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 509888

CAMILLA
P.O. Box 856
Two West Broad Street
Camilla, Georgia 31730
pmillsap@hbss.net

3

|  |  |
|---|---|
| | */s/ Kenneth D. Jones*  |
| | Kenneth D. Jones |
| | Georgia Bar No. 402101 |
| ATLANTA | |
| 191 Peachtree Street NE | |
| Suite 2900 | |
| Atlanta, Georgia 30303 | |
| kjones@hbss.net | |
| | */s/ Andrea L. Jolliffe* |
| | Andrea L. Jolliffe |
| | Georgia Bar No. 176556 |
| | *Attorneys for Defendants* |
| ATHENS | |
| 440 College Avenue, North | |
| Suite 120 | |
| Athens, Georgia 30601 | |
| ajolliffe@hbss.net | |