UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER MILLER, GARY BECHTEL, AND BRENDA SUTTON, <br><br> Plaintiffs, <br><br> v. <br><br> THE BIBB COUNTY SCHOOL DISTRICT; MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; and ELAINE CARR, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration, <br><br> Defendants. | Civil Action No.: <br> 5:12-cv-239-HL |

**DEFENDANT BIBB COUNTY SCHOOL DISTRICT'S
STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

COMES NOW Bibb County School District, Defendant herein, and, pursuant to Local Rule 56, files this its Statement of Material Facts Not in Dispute as follows:

1.

During the 2012 legislative session, the Georgia General Assembly enacted HB 963, which modified the election districts from which members of the Board of Public Education for Bibb County ("BOE") had been elected. (Compl., ¶ 21, Ex. B; Stipulation of Facts, ¶ 11 [hereinafter "SOF, ¶ __"].)

2.

HB 963 was approved by the Governor on April 5, 2012. (SOF, ¶ 11, Ex. B.)

EXHIBIT 1

3.

On April 17, 2012, the School District sought preclearance of the Act under Section 5 of the Voting Rights Act of 1965, 42 U.S.C. § 1973c. (SOF, ¶ 13.)

4.

To correct an error in the initial submission, the District had to submit revised information to the DOJ on April 30, 2012. (Compl., ¶ 24.)

5.

Candidate qualification opened for six of the eight BOE offices on May 23, 2012. (Compl., ¶ 6; SOF, ¶ 6.)

6.

The Elections Board is the elections superintendent for Bibb County, Georgia and is responsible for conducting all city, county, state and federal elections within Bibb County. (SOF, ¶ 3.)

7.

The Elections Board has the lawful duty to receive notices of candidacy and qualifying fees from candidates seeking election to the BOE, prepare and publish all notices and advertisements in connection with the conduct of such elections, transmit to the Secretary of State a copy of any publication in which a call for an election is issued, prepare, equip and furnish all polling places, count all ballots, and certify the results of all elections as prescribed by law, among other things. (Compl., ¶13; SOF, ¶ 3.)

8.

The Elections Board "permitted candidates to qualify using the previous redistricting plan due to the fact that the new redistricting plan had not been precleared by the DOJ as of the dates set for candidates to qualify." (Def. Election Board's Answer, ¶ 26.)

9.

The DOJ precleared H.B. 963 on June 12, 2012. (Compl., ¶ 25; SOF, ¶ 14, Ex. D.)

10.

After receiving notice of preclearance, the Elections Board determined that it was "not feasible to conduct the BOE's general primary elections under the new redistricting plan on July 31, 2012." (Def. Election Board's Answer, ¶ 27.)

11.

The Elections Board requires "sufficient time" to ensure that new voter database can be created. (Def. Election Board's Answer, ¶¶ 5, 30.)

**HALL BOOTH SMITH & SLOVER, P.C.**

*/s/ Patrick N. Millsap*
Patrick N. Millsap
Georgia Bar No. 509888

CAMILLA
P.O. Box 856
Two West Broad Street
Camilla, Georgia 31730
pmillsap@hbss.net

ATLANTA
191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
kjones@hbss.net

ATHENS
440 College Avenue, North
Suite 120
Athens, Georgia 30601
ajolliffe@hbss.net

*/s/ Kenneth D. Jones*
Kenneth D. Jones
Georgia Bar No. 402101

*/s/ Andrea L. Jolliffe*
Andrea L. Jolliffe
Georgia Bar No. 176556
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER MILLER, GARY BECHTEL, AND BRENDA SUTTON,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE BIBB COUNTY SCHOOL DISTRICT; MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; and ELAINE CARR, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration,<br><br>　　　　　Defendants. | Civil Action No.:<br>3:12-cv-329-HL |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2012, I electronically filed the foregoing

**Defendant Bibb County School District's Statement of Material Facts not in Dispute** with

the Clerk of the Court using the CM\ECF system which will send e-mail notification of such

filing to the following:

| | |
|---|---|
| A. Lee Parks & David F. Walbert<br>PARKS, CHESIN & WALBERT, P.C.<br>75 Fourteenth Street, 26th Floor<br>Atlanta, GA 30309 | Charles E. Cox, Jr.<br>3464 Vineville Avenue<br>Macon, GA 31202 |

　　　　　　　　　　　　　　　　　　　　　**HALL BOOTH SMITH & SLOVER, P.C.**

　　　　　　　　　　　　　　　　　　　　　*/s/ Patrick N. Millsap*
　　　　　　　　　　　　　　　　　　　　　Patrick N. Millsap
　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 509888

CAMILLA
P.O. Box 856
Two West Broad Street
Camilla, Georgia 31730
pmillsap@hbss.net

ATLANTA
191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
kjones@hbss.net

ATHENS
440 College Avenue, North
Suite 120
Athens, Georgia 30601
ajolliffe@hbss.net

*/s/ Kenneth D. Jones*
Kenneth D. Jones
Georgia Bar No. 402101

*/s/ Andrea L. Jolliffe*
Andrea L. Jolliffe
Georgia Bar No. 176556
*Attorneys for Defendants*