LAW OFFICES
# Parks, Chesin & Walbert, P.C.

DAVID F. WALBERT
EMAIL: DWALBERT@PCWLAWFIRM.COM

26TH FLOOR
75 FOURTEENTH STREET
ATLANTA, GEORGIA 30309

TELEPHONE 404/873-8000
FACSIMILE 404/873-8050
WEBSITE WWW.PCWLAWFIRM.COM

August 24, 2012

*Via Email Only* – rhoward@bibb.k12.ga.us
Randy Howard, Esq.
Chief Legal Counsel
Bibb County School District
484 Mulberry Street, Suite 501
Macon, Georgia 31201

      Re:    Open Records Act Request

Dear Mr. Howard:

      Pursuant to the Georgia Open Records Act, I hereby make the following request for "public records"[1] on behalf of our law firm and Mr. Charles Cox, Esq., of Macon. I am writing to you as we have been advised you are the open records officer for the Bibb County School District.

      The public records that we desire to have produced for the purpose of inspection and copying are **all** records pertaining to the redistricting of School Board districts and the process of obtaining approval from the United States Department of Justice ("DOJ") under Section 5 of the Voting Rights Act of school district elections. For the purpose of this request, you may limit your production to "public records" created on or after January 1, 2012.

      This request includes, but is not limited to, all efforts by the School District or any employee or agent thereof to prepare a Section 5 submission for the DOJ; all records relevant to the actual submission and communications with the DOJ; all correspondence (including emails and notes) of communications pertaining to the submission and

---

[1] It is the intention of this request to cover all "public records" encompassed within the statutory definition of the Act. That includes, but is not limited to, "all documents, papers, letters, maps," and all "computer based or generated information, data, data fields," either prepared, maintained, or received by the Bibb County School District by any of your officers or employees. *See* O.C.G.A. § 50-18-70(b)(2). All emails, of course, are encompassed within the request.

**EXHIBIT 1**

communications with the DOJ.  This request specifically includes, but is not limited to, each and every "public record" that pertains to the submission to the DOJ of an incorrect districting map.

In addition, we hereby request production for inspection and copying of all public records pertaining to any and all actions relating to which districting map would be used for qualifying candidates for election to the Bibb County School District for 2012.

While I am sure you are aware of it, I call to your attention the statutory time limit that documents be made available for inspection is three business days of today.  If for some reason beyond your control only a portion of the records are available within the three business day statutory limit, please make available all those that can be located and produced within the three day limit, and produce the remaining ones as soon thereafter as practicable.

Please feel free to call me at the above number if you have any questions concerning any aspect of this request.

With best regards, I remain

Very truly yours,

David F. Walbert

DFW/kp

cc    Charles E. Cox, Jr., Esq. *(Via Email Only)*
      Patrick N. Millsaps, Esq. *(Via Email Only)*
      Virgil Adams, Esq. *(Via Email Only)*
      D. James Jordan, Esq. *(Via Email Only)*
      A. Lee Parks, Jr. Esq. *(Via Email Only)*

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Administrator |
| **To:** | Kimberly Poole; |
| **Subject:** | Delivery Status Notification (Relay) |
| **Date:** | Friday, August 24, 2012 4:22:10 PM |
| **Attachments:** | ATT545976.txt |
| | Open Records Act Request.msg |

This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested delivery status notifications may not be generated by the destination.

    rhoward@bibb.k12.ga.us

| From: | Kimberly Poole |
|---|---|
| To: | "rhoward@bibb.k12.ga.us"; |
| cc: | David Walbert; "vadams@adamsjordan.com"; "djordan@ajtlaw.com"; Lee Parks; "charles@cecoxjr.com"; "patrick@hbss.net"; |
| Subject: | Open Records Act Request |
| Date: | Friday, August 24, 2012 4:22:06 PM |
| Attachments: | Open Records Request (Howard) 8.24.12.pdf |

Mr. Howard: Please see attached letter from Mr. Walbert.

# Kimberly E. Poole

Legal Assistant
Parks, Chesin & Walbert, P.C.
75 14th Street, 26th Floor | Atlanta, Georgia 30309
*telephone* 404-873-8000 | *facsimile* 404-873-8050
kpoole@pcwlawfirm.com | www.pcwlawfirm.com

This email communication (including attachments) is intended for the individual(s) or entity named above and others who have been specifically authorized to receive it. This communication may contain information that is confidential, privileged and protected from disclosure; the sender does not waive any related rights and obligations. Any unauthorized use or dissemination of this communication is strictly prohibited. Accordingly, if you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Additionally, immediately notify the sender that you have received this email in error by replying to the email and deleting all copies of the original communication.