# H|B|S|S  HALL BOOTH SMITH & SLOVER, P.C.

Andrea L. Jolliffe | 440 College Avenue North, Suite 120
P: (706) 316-0231 | Athens, GA 30601-2773
E: ajolliffe@hbss.net | P: (706) 316-0231  F: (706) 316-0111  W: www.hbss.net

August 29, 2012

**VIA EMAIL TO dwalbert@pcwlawfirm.com**

David F. Walbert
Parks, Chesin & Walbert, P.C.
26th Floor
75 Fourteenth Street
Atlanta, Georgia 30309

    Re:    **Open Records Act Request**
             HBSS # 12-0012

Dear Mr. Walbert:

    This letter serves as a formal response to your Open Records Act request, received by Randy Howard on August 24, 2012. Within ten (10) business days of receiving confirmation of your agreement to pay the estimated costs associated with this request, responsive documents will be available to you for inspection and copying at the Bibb County Board of Education, 484 Mulberry Street, Suite 501, Macon, Georgia, subject to the following exceptions:

(1)    Records containing communications subject to the attorney-client privilege as recognized by state law will not be disclosed pursuant to O.C.G.A. § 50-18-72 (a)(41); and

(2)    Confidential attorney work product will not be disclosed pursuant to O.C.G.A. § 50-18-72 (a)(42).

    Although your request extends to electronic messages, it does not contain specific information about the messages being sought pursuant to O.C.G.A. § 50-18-71 (g). Nonetheless, based on our preliminary review of records and involvement in the preclearance process we anticipate that the following search parameters are reasonably likely to yield all responsive electronic messages that have been archived in available databases:

(1)    All email correspondence with any current Board member, Superintendent Dallemand, or Randy Howard and the following:

    (a) Elaine Carr, Board of Elections;

    (b) Nick Kouloungis, Middle Georgia Regional Commission;

    (c) Gina Wright, Legislative Reapportionment Office;





HALL BOOTH SMITH & SLOVER, P.C.

      (d) Brian Knight, Legislative Reapportionment Office;

      (e) Representative Randall; and

      (f) the Georgia Office of Legislative Counsel.

(2)   All email correspondence between Board members and District personnel and HBSS not subject to an above-cited exemption; and

(3)   All available, non-exempt email correspondence sent or received by HBSS related to your request.

The estimated time to search the relevant databases according to these search parameters is approximately sixteen (16) hours. The estimated cost of production (i.e., the costs of searching, retrieving, redacting, and copying) of these records is approximately $1066.00 payable to the Bibb County School District. We will defer all search and retrieval efforts until we receive confirmation of your agreement to pay the estimated costs.

Please note, the estimated costs and timeline for production are based on the above-identified search parameters. If you believe the search parameters to be inadequate or wish to expand the scope of the search for electronic records, the costs and timeline for production will need to be adjusted. Because the retrieval of certain electronic records will be delayed pursuant to O.C.G.A. § 50-18-71 (b)(1)(A), the District expressly reserves the right to notify you of additional exemptions within three business days after such records have been retrieved.

Please feel free to contact Patrick N. Millsaps or me if you have any questions.

      Sincerely,

      HALL BOOTH SMITH & SLOVER, P.C.

      Andrea L. Jolliffe

cc:   Patrick N. Millsaps (*via email*)
      Randy Howard (*via email*)