UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER MILLER, GARY BECHTEL, and BRENDA SUTTON, | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO.: 5:12-CV-00239-HL |
| THE BIBB COUNTY SCHOOL DISTRICT; MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; and ELAINE CARR, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration, | |
| Defendants. | |

## CONSENT ORDER

On June 29, 2012, this court entered an order providing equitable relief regarding the upcoming elections for Bibb County School Board. The court retained jurisdiction to enter such other and further relief as might be appropriate in connection with the conduct of the School Board election and directed the parties to present a proposed order to address other administrative matters as necessary. This order addresses the administration of advance voting and absentee voting in connection with the School Board election.

EXHIBIT A

Pursuant to the order of June 29, 2012, primary elections for the Bibb County School Board will be held on August 21, 2012, to coincide with the date for run-off primary elections for any other offices that may be required in Bibb County. Georgia law provides that advance voting for run-off elections shall commence "as soon as possible prior to a run-off." O.C.G.A. § 21-2-385(d)(1). *See also*, Stipulation of Facts, Ex. C [Dkt. No. 7]. As stated in the court's earlier order, the Center for Elections Systems at Kennesaw State University, which constructs the databases for Bibb County elections, has committed to constructing and delivering the necessary election databases in this instance by August 9, 2012. In accordance with Georgia law, advance voting for School Board elections and any primary run-off elections that occur on August 21, 2012 shall commence as soon as possible after the Center has delivered the necessary election databases.

The times, dates, and locations for advance voting shall be governed by O.C.G.A. § 21-2-385(d)(1), and "reasonable notice to the electors" of the "times, dates, and locations at which advance voting will be conducted" will be provided as required by O.C.G.A. § 21-2-385(d)(2). In the event there is no primary run-off election required in all or part of Bibb County on August 21, 2012 for offices other than the Bibb County School Board, advance voting for the Bibb County School Board shall be administered in the same fashion, and according to the same

schedule, that would apply as if there were such a primary run-off on that date.

Absentee voting shall also be conducted for the August 21, 2012 School Board primary elections pursuant to the same procedures and schedule as would apply for run-off primary elections that may be held on that date. As with absentee voting, Georgia law provides that absentee ballots for run-off elections be prepared and distributed to eligible applicants "as soon as possible prior to a run-off." O.C.G.A. § 31-2-384(a). Absentee voting for School Board elections and those primary run-off elections that may be held on August 21, 2012 shall thus commence as soon as possible after the Center for Elections Systems has delivered the necessary election databases. In the event there is no primary run-off election required in all or part of Bibb County on August 21, 2012 for offices other than the Bibb County School Board, absentee voting for the Bibb County School Board shall be administered in the same fashion, and according to the same schedule, that would apply as if there were such a primary run-off on that date.

Insofar as not in conflict with the orders of this court, other provisions of the Georgia Election Code pertaining to advance voting, absentee voting, and the conduct of primary elections generally, shall apply to the School Board elections required by the court's orders. If a run-off primary election for Bibb County School Board needs to be held on September 18, 2012 pursuant to this court's

previous order, it shall be conducted pursuant to the provisions of the Georgia Election Code.

SO ORDERED this 16th day of July, 2012.

                              s/ Hugh Lawson
                              HONORABLE HUGH LAWSON
                              UNITED STATES DISTRICT JUDGE

Consented to:

/s/ David F. Walbert
David F. Walbert
Georgia Bar No. 730450
dwalbert@pcwlawfirm.com

/s/ A. Lee Parks
A. Lee Parks
Georgia Bar No. 563750
lparks@pcwlawfirm.com

**PARKS, CHESIN & WALBERT, P.C.**
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
(404) 873-8000 Telephone
(404) 873-8050 Facsimile

/s/ Charles E. Cox, Jr.
Charles E. Cox, Jr.
Georgia Bar No. 192305
charles@cecoxjr.com

**CHARLES E. COX, JR.**
3464 Vineville Avenue
Macon, GA 31204
(478) 757-2990 Telephone
(478) 757-2991 Facsimile
*Counsel for Plaintiffs*

  /s/ Virgil L. Adams
*(By DFW with express permission)*
Virgil L. Adams
Georgia Bar No. 004625
vadams@adamsjordan.com

  /s/ D. James Jordan
*(By DFW with express permission)*
D. James Jordan
Georgia Bar No. 404465
djordan@adamsjordan.com

**ADAMS & JORDAN, P.C.**
P. O. Box 928
Macon, GA 31201-0928
*Counsel for the Macon-Bibb County
Board of Elections and Elaine Carr*

  /s/ Patrick Millsaps
*(By DFW with express permission)*
Patrick Millsaps
Georgia Bar No. 509888
Patrick@hbss.net

**HALL, BOOTH, SMITH & SLOVER, P.C.**
2417 Westgate Drive
Albany, GA 31708
*Attorney for The Bibb County
School District*