UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER MILLER, GARY BECHTEL, and BRENDA SUTTON, | |
| Plaintiffs, | CIVIL ACTION NO. 5:12CV00239HL |
| v. | |
| THE BIBB COUNTY SCHOOL DISTRICT; MACON- BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; AND ELAINE CARR, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration, | |
| Defendants. | |

## AFFIDAVIT OF ELAINE CARR

Before me the undersigned authority, personally appeared Elaine Carr, who being sworn, deposes and states as follows:

1.

My name is Elaine Carr. I am over the age of 18 years and I am competent to give this Affidavit.

2.

I am the duly appointed Elections Supervisor for the Macon-Bibb County Board of Elections ("Board of Elections") having continuously served in this capacity for the past 11 years. The Board of Elections conducts all elections held in Bibb County, including all primary and general elections for the Board of Public Education for Bibb County ("BOE").

**EXHIBIT B**

3.

On or about on April 25, 2012, Board of Elections' Chairperson, Stephen Allen, wrote a letter to BOE Superintendant, Dr. Romain Dallemand, requesting guidance on which lines the BOE wanted the Board of Elections to utilize for the 2012 BOE candidate qualifying period of May 23, 2012 through May 25, 2012. A copy of Chairperson Allen's letter to Dr. Dallemand is attached hereto, marked as Exhibit A, and by this reference, made a part hereof.

4.

On Monday, May 14, 2012, I sent an e-mail to Dr. Dallemand, BOE Chairperson Tommy Barnes and Ms. Andrea L. Jolliffe, an attorney with the law firm of Hall, Booth, Smith & Slover, P.C., as counsel for the BOE, again informing each of them that the BOE candidate qualifying period would begin on May 23, 2012 and that as Election Supervisor, I needed for the BOE to advise me of which district lines were going to be used for the BOE primary elections. A copy of this email is attached hereto, marked as Exhibit B, and by this reference, made a part hereof.

5.

On May 15, 2012, at approximately 9:11 a.m., I received a call from Patrick Millsap of Hall, Booth, Smith & Slover, P.C., counsel for the BOE, informing me that the BOE would have to use the "old" district lines and if the Department of Justice preclearance for the "new" district lines was received after candidate qualifying, then it would require a citizen to file an action in Superior Court to reopen qualifying at that time. Attached hereto and marked as Exhibit C are my handwritten notes

memorializing my telephone conversation with Mr. Millsap made contemporaneously with our actual telephone conversation.

6.

As a result of the instructions that I received from Patrick Millsap on May 15, 2012, the Board of Elections qualified BOE candidates based on the "old" BOE districting lines for the qualifying period of May 23, 2012 through May 25, 2012.

7.

On June 30, 2012, Mr. Millsap emailed me expressing concern that he had received a telephone call from a reporter from the Macon Telegraph informing Mr. Millsap that I had told the reporter that it was Mr. Millsap that instructed me to "...use the old maps [districting lines]" for the BOE primary election. I responded that same day to Mr. Millsap by email reminding him that on May 15, 2012 at 9:11 a.m. he called me on my cell phone "...stating that we should go by the old lines." A copy of this exchange of emails is attached hereto, marked as Exhibit D, and by this reference, made a part hereof.

FURTHER AFFIANT SAYETH NAUGHT.

This 7th day of September, 2012.

_____
ELAINE CARR

Sworn to and subscribed before me
this 7th day of September, 2012.

_____
Notary Public

My Commission
Expires 4/7/2015.

**MACON-BIBB COUNTY**
**BOARD OF ELECTIONS**
2445 PIO NONO AVENUE
MACON, GA 31206

*Elaine Carr*
*Elections Supervisor*
*ecarr@co.bibb.ga.us*

*Phone: (478) 621-6622*
*Fax: (478) 784-9774*

April 25, 2012

Dr. Romain Dallemand
Superintendent
Bibb County Board of Education
PO Box 6157
Macon, GA 31208

RE: Districts Lines for 2012 Candidate Qualifying

Dear Dr. Dallemand,

This has been the year for drawing new district lines for all local districts. HB #963, Act 467 concerning the new district lines for the Bibb County Board of Education was submitted to the U. S. Department of Justice (DOJ) for pre-clearance on April 17, 2012, as required under Section 5 of the Voting Rights Act of 1965, by the law firm of Hall, Booth, Smith & Slover, P.C.

In accordance with O.C.G.A. 21-2-153 (c) (1), in the even-numbered year immediately following the official release of the United States decennial census data the candidates for political party nomination to county offices shall commence qualifying at 9:00 AM on the Wednesday following the third Monday in May immediately prior to such primary which will be May 23, 2012. The probability that the new districts lines for the Bibb County Board of Education will receive pre-clearance from the DOJ is not very likely before the qualifying period begins.

At this time the Macon-Bibb County Board of Elections requests guidance on which lines the Bibb County Board of Education wants to be utilized for the 2012 candidate qualifying period of May 23, 2012 through May 25, 2012. We need notification of your decision before or by Friday, May 4, 2012.

EXHIBIT
"A"

This office is required by the Secretary of State's office to have all our new local district lines entered into the State of Georgia Voter Registration System and finalized no later than May 15, 2012. The deadline is required so that our election data bases are built and absentee ballots will be available for UOCAVA voters by June 15, 2012.

Bibb County is not the only county dealing with this, for the redistricting process has been difficult for all counties this year. But an immediate decision must be made so that this office can meet the deadlines placed on us to insure that the 2012 elections are held in compliance with all federal, state and local laws and ordinances.

Your expedited response will be greatly appreciated.


Sincerely,


Stephen Allen
Chairperson
Macon-Bibb County Board of Elections

Cc: Mr. Tommy Barnes, President, Board of Education Board
    Ms. Andrea L. Jolliffee, Esq. Hall, Booth, Smith & Slover, P.C.
    Mr. Virgil Adams, Adams, Jordan & Treadwell, P.C., Bibb County Attorney

From: Elaine Carr
Sent: Monday, May 14, 2012 3:00 PM
To: 'Romain Dallemand'; 'Tommy Barnes'; 'Andrea L. Jolliffe'
Subject: Bibb County Board of Ed Lines

Importance: High
Good Afternoon!

Next Wednesday, May 23, 2012, the candidate qualifying period begins. Still, at this point, I do not know what lines are going to be used this year. I can not even begin to stress how important this decision is. Any corrections made into the Secretary of State Voter registration system was suppose to be made by tomorrow. There is no way that is going to happen.

A decision needs to be made immediately on which lines are going to be used. PLEASE PROVIDE THAT DECISION TO ME ASAP!!!!!!

Your assistance in this matter will be greatly appreciated.

Elaine Carr
Elections Supervisor
Macon-Bibb County Board of Elections
478-621-6622


EXHIBIT "B"

file://C:\Documents and Settings\ecarr\My Documents\Reapportionment\Reapportionment ...  8/28/2012

**Official Election Scratch Pad**

5/15  9:11 AM

Pat Millsap

Email to Tommy

We have to go by old school lines

Linda Ford 404-656-2871
BOE - go by old lines
She'll call my BOEd attorney

After qualifying - would have to get to superior [?]

**Printelect**
YOUR ELECTIONS PARTNER
www.printelect.com
1-800-682-4500

EXHIBIT "C"

6-30-12 email from and to Pat Millsap, BOE Attorney - MACON PRESS
From: Elaine Carr
Sent: Saturday, June 30, 2012 7:33 PM
To: 'Patrick N. Millsaps'
Cc: 'Andrea L. Jolliffe'; 'Tommy Barnes'; 'Romain Dallemand'; 'Virgil Adams'
Subject: RE: MACON PRESS

Pat,

We discussed this on a number of occasions, as to which lines to use, the conflicting information being given to us by the Attorney General's office, etc. But I have it written down that I received a call from you on my cell phone, (I was out of the office), at 9:11 am on May 15, 2012 stating that we should go by the old lines.

Either way, the situation is what it is at this point. Why should anyone be blamed or point fingers. Why do individuals want to cast blame? Bibb County is not the only county dealing with this situation this year. It is not the first, nor will it be the last time a county will deal with this type of situation.

Right now, the only important thing on my mind is getting the redistricting done so the voters can vote for the BOE candidates on August 21, 2012 and making sure the public/candidates are informed of all important dates.

Hope you are well also. Maybe we will be able to meet soon.

Elaine Carr
Elections Supervisor
Macon-Bibb County Board of Elections
478-621-6622

-----Original Message-----
From: Patrick N. Millsaps [mailto:patrick@hbss.net]
Sent: Saturday, June 30, 2012 1:11 PM
To: Elaine Carr
Cc: Andrea L. Jolliffe; Tommy Barnes; Romain Dallemand; Virgil Adams
Subject: MACON PRESS

Elaine:
Just a heads up--A reporter from the Telegraph called me yesterday saying that you had told the telegraph that I "instructed to use the old maps" and wanted a comment from me Of course, I told knew the reporter was mistaken was misquoting you. For both our sakes I pulled all the emails (such as the email below) where we had discussed that it was the BOE's position that we did not have the authority to chose which maps were used. I just wanted to give you a heads up that I believe that the Telegraph is trying to pit you and me against each other which I, of course, will never let happen. Hope you are well and look forward to meeting you in person.

Patrick N. Millsaps
Hall Booth Smith & Slover, P.C.

IN CAMILLA
P.O. Box 856
Two West Broad Street
Camilla, Georgia 31730
Tel: 229.336.7425 | Fax: 229.336.9587

IN ATLANTA
191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303-1775
Tel: 404.954.6941

EXHIBIT "D"

6-30-12 email from and to Pat Millsap, BOE Attorney - MACON PRESS

Website:
www.hbss.net

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation. IRS CIRCULAR 230 Disclosure: Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

-----Original Message-----
From: Patrick N. Millsaps
Sent: Monday, June 18, 2012 7:40 PM
To: ecarr@co.bibb.ga.us
Cc: Andrea L. Jolliffe; William Thomas Barnes III; Dr. Romain Dallemand
Subject: Bibb Maps

Elaine:

The DOJ did approve the new Bibb Board of Ed maps. We will get you a copy of the letter with the approval. In that qualifying has already occurred, I have advised my client that the only way it could be reopened is if a citizen of Bibb County brought suit in the Superior Court and the court issued an order to do so.

As we have discussed, and as I confirmed with Attorney General Sam Olens, the decision as to which map to use was never the decision of my client after the Governor signed the new maps. I understand that ACCG had a different opinion than me but that's why they call this the "practice" of law and not the "science" of law.

If you have any questions, please do not hesitate to call me.

Patrick N. Millsaps
Hall Booth Smith & Slover, PC

IN CAMILLA
2 West Broad Street
P. O. Box 856
Camilla, GA 31730
(229) 336-7425

www.hbss.net

IN ATLANTA
191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303-1775
(404) 954-6941

6-30-12 email from and to Pat Millsap, BOE Attorney - MACON PRESS
Sent from my IPad.
Circular 230 Notice: In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (1) avoiding tax penalties, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.