**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **LESTER MILLER, GARY BECHTEL, and BRENDA MILLER,**<br><br>     Plaintiff,<br><br>     v.<br><br>**THE BIBB COUNTY SCHOOL DISTRICT, *et al*,**<br><br>     Defendant. | Civil Action No. 5:12-cv-239 (HL) |

**ORDER**

Before the Court is Defendant Bibb County School District's Motion to Extend the Time for Responding to Plaintiffs' Motion for Award of Attorneys' Fees (Doc. 21). In their Motion, Defendant requests that the briefing schedule on the Motion for Attorneys' Fees be stayed until after the Court rules on the pending Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. 23).

After review, the Motion is denied. The Court will not stay the briefing schedule and orders the parties to file their response and reply briefs in accordance with the traditional briefing schedule.

**SO ORDERED**, this 3rd day of October, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr