UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER MILLER, GARY BECHTEL, and BRENDA SUTTON, <br><br> Plaintiffs, <br><br> v. <br><br> THE BIBB COUNTY SCHOOL DISTRICT; MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; and ELAINE CARR, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration, <br><br> Defendants. | CIVIL ACTION FILE NO.: 5:12-CV-00239-HL |

**PLAINTIFFS' UNOPPOSED MOTION FOR
ENTRY OF CONSENT ORDER AND FINAL JUDGMENT**

Plaintiffs hereby move the Court to approve and enter the accompanying Consent Order which sets forth terms of the final settlement and resolution of all outstanding matters in this action.

RESPECTFULLY SUBMITTED:

/s/ David F. Walbert
David F. Walbert
Georgia Bar No. 730450
dwalbert@pcwlawfirm.com
A. Lee Parks
Georgia Bar No. 563750
lparks@pcwlawfirm.com

**PARKS, CHESIN & WALBERT, P.C.**
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
(404) 873-8000 Telephone
(404) 873-8050 Facsimile

Charles E. Cox, Jr.
Georgia Bar No. 192305
charles@cecoxjr.com
**CHARLES E. COX, JR**.
3464 Vineville Avenue
Macon, GA  31204
(478) 757-2990 Telephone
(478) 757-2991 Facsimile
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I served the within and foregoing PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF CONSENT ORDER AND FINAL JUDGMENT on all counsel by filing with the Court's electronic filing and service system (CM/ECF), which will automatically send e-mail notices of such filing to all attorneys of record.

This 5TH day of December, 2012.

   /s/  David F. Walbert
David F. Walbert
Georgia Bar No. 730450
dwalbert@pcwlawfirm.com
A. Lee Parks
Georgia Bar No. 563750
lparks@pcwlawfirm.com

**PARKS, CHESIN & WALBERT, P.C.**
75 Fourteenth Street, 26th Floor
Atlanta, GA  30309
(404) 873-8000 Telephone
(404) 873-8050 Facsimile