UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER MILLER, GARY BECHTEL, and BRENDA SUTTON,<br><br>Plaintiffs,<br>v.<br><br>THE BIBB COUNTY SCHOOL DISTRICT; MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; and ELAINE CARR, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration,<br><br>Defendants. | CIVIL ACTION FILE<br>NO.: 5:12-CV-00239-HL |

## CONSENT ORDER AND FINAL JUDGMENT

This matter came before the Court on December 3, 2012, at which time the Court heard oral argument from counsel on the Motion to Dismiss, or in the Alternative, Motion for Summary Judgment filed by Defendant Bibb County School District (Doc. 13) ("School District Motion") and the Plaintiffs' Motion for Award of Attorneys' Fees and Expenses (Doc 18) ("Fee Motion").

Following the hearing, counsel for all parties engaged in settlement discussions and reached a full and final settlement of all remaining issues in the case, subject to approval of the Defendants. That approval has now been obtained and the settlement is final. The terms of settlement, as set forth below, are now made the Order of this Court:

(1) The School District Motion is hereby voluntarily dismissed with prejudice.

(2) The Fee Motion is hereby granted with the consent of both Defendants. Plaintiffs shall recover $60,000.00 in attorneys' fees and expenses of litigation. The School District shall pay $38,000.00, and Bibb County, on behalf of the Bibb County Board of Elections, shall pay

$22,000.00 of the fee award.  The fee award shall be paid in full no later than December 20, 2012.

This Consent Order shall conclude the case.  The Clerk is hereby directed to enter a Final Judgment in this case incorporating the Consent Order entered June 29, 2012, and this Consent Order.

SO ORDERED this \_\_\_\_ day of December, 2012.

_____
HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Consented to:


  /s/  David F. Walbert
A. Lee Parks
Georgia Bar No. 563750
lparks@pcwlawfirm.com
David F. Walbert
Georgia Bar No. 730450
dwalbert@pcwlawfirm.com

**PARKS, CHESIN & WALBERT, P.C.**
75 Fourteenth Street, 26th Floor
Atlanta, GA  30309
(404) 873-8000 Telephone
(404) 873-8050 Facsimile

Charles E. Cox, Jr.
Georgia Bar No. 192305
charles@cecoxjr.com

**CHARLES E. COX, JR**.
3464 Vineville Avenue
Macon, GA  31204
(478) 757-2990 Telephone
(478) 757-2991 Facsimile
*Counsel for Plaintiffs*

  /s/  Virgil L. Adams
*(By DFW with express permission)*
Virgil L. Adams
Georgia Bar No. 004625
vadams@adamsjordan.com


  /s/  D. James Jordan
*(By DFW with express permission)*
D. James Jordan
Georgia Bar No. 404465
djordan@adamsjordan.com

**ADAMS & JORDAN, P.C.**
P. O. Box 928
Macon, GA  31201-0928
*Counsel for the Macon-Bibb County*
*Board of Elections and Elaine Carr*


  /s/   Kenneth D. Jones
*(By DFW with express permission)*
Kenneth D. Jones
Georgia Bar No. 402101
kjones@hbss.net
Patrick Millsaps
Georgia Bar No. 509888
Patrick@hbss.net

**HALL, BOOTH, SMITH & SLOVER, P.C.**
2417 Westgate Drive
Albany, GA  31708
*Attorney for The Bibb County*
*School District*