IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER MILLER, GARY BECHTEL, and BRENDA SUTTON, <br><br> Petitioners, <br><br> vs. <br><br> THE BIBB COUNTY SCHOOL DISTRICT; MACON-BIBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; and ELAINE CARR, in her official capacity as Executive Director of the Bibb County Board of Elections and Voter Registration, <br><br> Defendants. | Civil Action Number 5:12-CV-239-HL |

## JUDGMENT

Pursuant to this court's Orders dated June 29. 2012, and December 7, 2012, and for the reasons stated therein, JUDGMENT is hereby entered as follows:

1. Effective June 29, 2012, defendants are enjoined from any further use of the pre-H.B. 963 districts for Bibb County School Board elections, and defendants are required to take such actions as are necessary to ensure that elections be conducted pursuant to the districts established by H.B. 963, including candidate re-qualifying as necessary.

2. Plaintiffs shall recover $60,000.00 in attorneys' fees and expenses of litigation. The School District shall pay $38,000.00, and Bibb County, on behalf of the Bibb County Board of Elections, shall pay $22,000.00 of the fee award. The fee award shall be paid in full no later than December 20, 2012.

This 12th day of December 2012.

> Gregory J. Leonard, Clerk
> United States District Court
>
> By:   Amy N. Stapleton, Deputy Clerk

Approved by:

Hugh Lawson
Senior United States District Judge